# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MASTERFILE CORPORATION,**

        **Plaintiff,**

**-vs-**                                                                                   **Case No. 6:10-cv-259-Orl-28GJK**

**ACCOUNTING SYSTEMS TECHNOLOGY, INC., RON DUCARPE,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff Masterfile Corporation's Motion to Enter Final Default Judgment Against Defendant Accounting Systems Technology Inc. (Doc. No. 10) filed August 17, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 1, 2010 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Enter Final Default Judgment Against Defendant Accounting Systems Technology Inc. (Doc. No. 10) is **GRANTED.**

3.  Judgment is hereby entered in favor of Plaintiff and against Defendant Accounting Systems Technology Inc. in the amount of $39,871.00 ($33,840.00 in actual damages and $6,031.00 in attorney's fees).

4.  Defendant Accounting Systems Technology Inc. and its officers, directors, owners, agents, servants, employees, successors, heirs, and assigns, and any other person in active concert or privity or in participation with any of them, are permanently enjoined from infringing on copyrights VA 1-023-866, VA 1-023-878, VA 1-023-873, and VA 1-229-219.

5.  The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge